# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ERNEST WHOLAVER, JR., | : | No. 4 EAP 2017 |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| GOVERNOR TOM WOLF; MIDDLETOWN | : | |
| POLICE DEPARTMENT CHIEF JOHN T. | : | |
| BEY; DAUPHIN COUNTY SHERIFF'S | : | |
| OFFICE NICHOLAS CHIMIENTI, JR.,; | : | |
| DAUPHIN COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE EDWARD M. | : | |
| MARSICO, JR., ET AL., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2017, the Notice of Appeal is quashed.